# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**HABITAT EDUCATION CENTER,**
**DAVID ZABER,**
**RICARDO JOMARRON,**
**DON WALLER,**
**MARK LEACH,** and
**ENVIRONMENTAL LAW AND POLICY CENTER,**

              **Plaintiffs,**

     **v.**                           **Case No. 08-C-627**

**UNITED STATES FOREST SERVICE,**
**GAIL R. KIMBELL,** *Chief of the US Forest Service,*
**ED SCHAFER,** *Secretary of the US Dept of Agriculture,* and
**KENT P. CONNAUGHTON,** *Regional Forester for US Forest Service Eastern Region,*

              **Defendants.**

---

## TEMPORARY RESTRAINING ORDER

---

On December 3, 2008, the plaintiffs filed a Motion for Temporary Restraining Order and Preliminary Injunction. On December 4, 2008, the court held a telephone conference with the parties during which the plaintiffs' motion was discussed. Appearing at the conference on behalf of the plaintiffs were Attorneys Brad Klein, Sean Bosak and Katherine Dixon. Appearing for the defendants was Attorney Alison Garner. After having considered the arguments and representations of the parties at the conference and the grounds set forth in the plaintiffs' motion, the court concludes that immediate irreparable injury, loss, or damage will result to the movant if a temporary restraining order is not issued. Specifically, the award of a logging contract, which

the United States Forest Service has scheduled for December 5, 2008, would likely create vested rights in the awardee, which would be likely to fundamentally alter posture of this case and make it more likely that the irreparable harm the plaintiffs seek to prevent (the cutting of timber in the Chequamegon-Nicolet National Forest, Fishel Project) will occur. The court further concludes that the non-moving party will not suffer any harm as a result of this temporary restraining order.

In accordance with the discussion held during the telephone status conference, for good cause, the court finds that this temporary restraining order should remain in effect until the court resolves the plaintiffs' motion for a preliminary injunction. Therefore, the court establishes the following schedule for resolution of the plaintiffs' motion:

Defendants shall respond to the motion no later than **December 11, 2008**.

The plaintiffs shall advise the court no later than **December 15, 2008** as to whether any discovery is necessary, the nature of any discovery, and the length of time needed to complete any discovery.

If no discovery is needed, the plaintiffs shall reply no later than **December 18, 2008**.

If the plaintiffs request a period of discovery, the court shall conduct a telephone status conference on **December 17, 2008 at 9:00 AM**, CST to determine whether discovery is necessary, and if so, to establish an appropriate schedule. If the court decides that discovery is not necessary, the plaintiffs shall be given additional time to file their reply.

Accordingly, it is hereby ordered that Plaintiff's Motion for a Temporary Restraining Order is **GRANTED**.

**IT IS FURTHER ORDERED** that the defendants shall not award any contract regarding the cutting of timber in the Fishel Project area until this court issues an order resolving

2

the plaintiffs' motion for a preliminary injunction.

Dated at Milwaukee, Wisconsin this 4th day of December 2008 at 3:55 P.M.

s/ AARON E. GOODSTEIN
AARON E. GOODSTEIN
U.S. Magistrate Judge